JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS (VSB 47445)
Assistant Director, District Court Section
GISELA A. WESTWATER (NSB 21801)
Trial Attorney, District Court Section

    Office of Immigration Litigation
    United States Department of Justice, Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4174
    Facsimile: (202) 616-8962
    E-mail: Gisela.Westwater@usdoj.gov

Attorneys for Defendants

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BAILUN ZHANG | ) | No. C 08-2589 JW |
|             Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION TO VACATE CMC; [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | ) ) ) | |
|             Defendant. | ) ) | |

///

///

///

STIPULATION
No. C 08-2589 JW

Dispositive motions on this case have been fully briefed, and were heard by the Court on October 27, 2008. The parties do not have any disputes that would be resolved at a Case Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court, to VACATE the Case Management Conference scheduled for December 1, 2008.

Dated: November 3, 2008                    Respectfully submitted,

GREGORY G. KATSAS                          JOSEPH P. RUSSONIELLO
Assistant Attorney General                 United States Attorney

ELIZABETH J. STEVENS (VSB 47445)
Assistant Director, District Court Section
                                           _____/s/_____
                                           MELANIE L. PROCTOR[1]
GISELA A. WESTWATER (NSB 21801)            Assistant United States Attorney
Trial Attorney, District Court Section

Attorneys for Defendant


Dated: November 3, 2008                    _____/s/_____
                                           JUSTIN X. WANG
                                           Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for December 1, 2008, is hereby VACATED.

The Court will set a new Case Management Conference, if necessary, in its Order addressing the pending motions.

Dated: November 12, 2008                   _____
                                           JAMES WARE
                                           United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-2589 JW                           2